| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Scannlain, Diarmuid F. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>5/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge(Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 S.W. Sixth Ave. Suite 313<br>Portland, Oregon 97204-1396 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Visitors Member | Lewis & Clark Law School |
| 2. Board of Advisors Member | Harvard Journal of Law & Public Policy |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11: 15 FINANCIAL DISCLOSURE OFFICE

O'Scannlain_ Diarmuid _F

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 07-12-08 | New York University Institute of Judicial Administration (law teaching) | $1,800.00 |
| 2. 02-01-08 | Lewis and Clark (law teaching) | $3,300.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. George Washington University National Religious Moot Court | February 21 - 24, 2008 | Washington, D.C. | Panel Member | Transportation, meals, hotel |
| 2. Price Waterhouse Coopers Leadership Forum | February 27-March 2, 2008 | Dana Point, CA | Speaker | Transportation, meals, hotel |
| 3. E. Harold Hallows Lecture Marquette University | March 9 - 11, 2008 | Milwaukee, WI | Speaker | Transportation, meals, hotel |
| 4. William M. Byrne Jr. Judicial Clerkship Institute Pepperdine University | March 12 - 14, 2008 | Malibu, CA | Faculty Member | Transportation, meals, hotel |
| 5. Grimes Moot Court Finals - Jurist in Residence, Boston College of Law | April 13 - 16, 2008 | Boston, MA | Panel Member | Transportation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Scannlain, Diarmuid F. | 5/12/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Irving L. Neumiller Moot Court, UC Davis | April 18 - 20, 2008 | Davis, CA | Panel Member | Transportation, meals, hotel |
| 7. Yale Federalist Society | May 7 - 9, 2008 | New Haven, CT | Speaker | Transportation, meals, hotel |
| 8. University of Dayton School of Law Commencement | May 9 - 10, 2008 | Dayton, OH | Speaker | Transportation, meals, hotel |
| 9. New York University Institute of Judicial Administration | July 12 - 20, 2008 | New York, NY | Faculty Member | Transportation, meals, hotel |
| 10 Kenneth Wang School of Law Summer Institute | July 31 - August 10, 2008 | Suzchou, China | Faculty Member | Transportation, meals, hotel |
| 11 Archdioces of Anchorage, Red Mass | September 26 - 28, 2008 | Anchorage, AK | Speaker | Transportation, meals, hotel |
| 12 Federalist Society Harvard Law School | October 22 - 26, 2008 | Cambridge, MA | Speaker | Transportation, meals, hotel |
| 13 Federalist Society Annual Convention | November 19 - 22, 2008 | Washington, D.C. | Panel Member | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| O'Scannlain, Diarmuid F. | - | 5/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fountainhead Apts. (Ltd. Partnership) | | None | J | W | | | | | |
| 2. Indiana Realty (Ltd. Partnership) | B | Distribution | J | W | | | | | |
| 3. Session Co. (Ltd. Partnership) | | None | | | | | | | see part VIII |
| 4. Ramagon Toys (com. stock) | | None | | | | | | | see part VIII |
| 5. US Bancorp (com. stock) | A | Dividend | J | T | | | | | |
| 6. Citibank formerly Smith Barney Money Funds (money market) | | None | | | Closed | 5/5 | J | A | see part VIII |
| 7. Marriott Ownership Resorts Shadow Ridge Time Share | | None | K | W | | | | | |
| 8. US Bancorp Brokerage Account | | None | | | | | | | see part VIII |
| 9. Fidelity Money Market | A | Dividend | J | T | | | | | see part VIII |
| 10. IRA Glaxo Smith Kline PLC (com.stock) | A | Dividend | | | | | | | see part VIII |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Scannlain, Diarmuid F. | 5/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: VII, 3, Session Co.      No longer makes distributions, has no value, and should be removed from future reports.

Re: VII, 4, Ramagon Toys.      Worthless and should be removed from future reports.

Re: VII, 6, Citibank. Automated trades throughout year.

Re: VII, 8, US Bank.      Brokerage Account has no independent value and should be removed from future reports.

Re: VII, 9, Fidelity Money Market. Automated trades throughout year.

Re: VII, 10: Glaxo. Dividend received on 1/10/08; underlying stock sold 11/2/07. Will be removed from future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544